The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-131-RAJ |
|---|---|
| Plaintiff, | |
| v. | |
| CHARLES ROLAND CHEATHAM, *et al.*, | **SECOND PROTECTIVE ORDER RESTRAINING CERTAIN FORFEITABLE PROPERTY** |
| Defendants. | |

THIS MATTER comes before the Court on the United States' Second Motion for Entry of a Protective Order Restraining Certain Forfeitable Property, as follows:

1. One Sig Sauer P220, .45 caliber pistol, bearing Serial No. G232888, and any associated ammunition, seized on or about June 6, 2018, in Tumwater, Washington (hereafter, the "Subject Property").

The Court, having reviewed the papers and pleadings filed in this matter, hereby FINDS entry of a protective order restraining the Subject Property is appropriate because:

- The United States gave notice of its intent to pursue forfeiture in the Indictment (Dkt. No. 1, at 18–20) and Superseding Indictment (Dkt. No. 414, at 24–25);

- The United States identified the Subject Property, specifically, as subject to forfeiture in a Forfeiture Bill of Particulars (Dkt. No. 497);

Second Protective Order Restraining Certain Forfeitable Property - 1
*United States v. Cheatham, et al.,* CR18-131-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- Based on the facts set forth in Task Force Officer Huber's affidavit, there is probable cause to believe that the Subject Property is subject to forfeiture in this case; and
- To ensure that the Subject Property remains available for forfeiture, its continued restraint, pursuant to 21 U.S.C. § 853(e)(1), is appropriate.

NOW, THEREFORE, THE COURT ORDERS:

1. The United States' request for a protective order restraining the Subject Property pending the conclusion of this case is GRANTED; and

2. The Subject Property shall remain in the custody of the United States, to include its federal agencies and/or their authorized agents or representatives, pending the conclusion of criminal forfeiture proceedings and/or further order of this Court.

DATED this 4th day of January, 2019.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

Second Protective Order Restraining Certain Forfeitable Property - 2
*United States v. Cheatham, et al.*, CR18-131-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970