Judge Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. CR18-00131-RAJ |
| | ) | |
| vs. | ) | ORDER ALLOWING |
| | ) | WITHDRAWAL OF ATTORNEY |
| ALONZO WILLIAMS BAGGETT, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

THIS MATTER comes before the Court upon the motion of defense counsel Casey Arbenz to withdraw as counsel of record for Defendant Alonzo Williams Baggett. Having considered the motion, and the files and pleadings herein,

IT IS HEREBY ORDERED that the motion (Dkt. #1352) is GRANTED. Attorney Case Arbenz is granted leave to withdraw as attorney of record for Defendant Alonzo Williams Baggett.

DATED this 10th day of July, 2020.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER ALLOWING
WITHDRAWAL OF ATTORNEY - 1

